| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: DISTRICT OF NEVADA | |
| Case number *(if known)* | Chapter you are filing under:<br>☒ Chapter 7<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13      ☐ Check if this is an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy                12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **JUSTIN**<br>First name<br><br>**ARI**<br>Middle name<br><br>**GOLDSTEIN**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **JUSTIN GOLDSTEIN** | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5209 | |

Debtor 1   **JUSTIN ARI GOLDSTEIN**  Case number *(if known)*

|   | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| 4. | **Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| 5. | **Where you live** | **9831 BERKLEY BROOK COURT**<br>**Las Vegas, NV 89141**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| 6. | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>   Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>   Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  **JUSTIN ARI GOLDSTEIN**                                              Case number *(if known)*

---

**Part 2:**  **Tell the Court About Your Bankruptcy Case**

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ■ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | | | | Relationship to you | |
| District | | When | | Case number, if known | |
| Debtor | | | | Relationship to you | |
| District | | When | | Case number, if known | |

**11.** **Do you rent your residence?**

- ■ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1   **JUSTIN ARI GOLDSTEIN**                                                    Case number *(if known)*

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____
Number, Street, City, State & Zip Code

Official Form 101   **Voluntary Petition for Individuals Filing for Bankruptcy**   page 4

1/16/24  8:49AM

| Debtor 1 | JUSTIN ARI GOLDSTEIN | Case number *(if known)* |
|---|---|---|

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**About Debtor 1:**

**About Debtor 2 (Spouse Only in a Joint Case):**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.  If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **JUSTIN ARI GOLDSTEIN**          Case number *(if known)*

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ No. Go to line 16b.
- ■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**
- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**
- ■ No
- ☐ Yes

**18. How many Creditors do you estimate that you owe?**
- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ JUSTIN ARI GOLDSTEIN**
**JUSTIN ARI GOLDSTEIN**
Signature of Debtor 1

Signature of Debtor 2

Executed on   **January 16, 2024**
              MM / DD / YYYY

Executed on
              MM / DD / YYYY

Debtor 1  **JUSTIN ARI GOLDSTEIN**                                              Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Seth D Ballstaedt, Esq.**                           Date   **January 16, 2024**
Signature of Attorney for Debtor                                  MM / DD / YYYY

**Seth D Ballstaedt, Esq.**
Printed name

**Fair Fee Legal Services**
Firm name

**8751 W Charleston Blvd #230**
**Las Vegas, NV 89117**
Number, Street, City, State & ZIP Code

Contact phone  **(702) 715-0000**                  Email address   **help@bkvegas.com**

**11516 NV**
Bar number & State

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 7

```
JUSTIN ARI GOLDSTEIN
9831 BERKLEY BROOK COURT
Las Vegas, NV 89141

Seth D Ballstaedt, Esq.
Fair Fee Legal Services
8751 W Charleston Blvd #230
Las Vegas, NV 89117

Acctcorp Of Southern Nevada
4955 S Durango Ste #177
Las Vegas, NV 89113

American Education Service
Acct No 6297657798PA00001
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17106

American Express
Acct No 3499912065220393
P.O. Box 650448
Dallas, TX 75265

American Express
Acct No 3499920065931623
P.O. Box 650448
Dallas, TX 75265

American Medical Response
50 South Main Street, Suite 101
Akron, OH 44308

American Web Loan
Acct No 100260233
 2128 N. 14th St. Suite 1 #130
Ponca City, OK 74601

Americollect
Acct No 23256972
PO Box 1505
Manitowoc, WI 54221

Behavioral Health Institute In PT
Po Box 530815
Henderson, NV 89053

Capital One
Acct No 5178059882374466
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130
```

```
Capital One
Acct No 486236715602
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Acct No 522944
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Cashnetusa
Acct No 25887821
175 West Jackson, Suite 1000
Chicago, IL 60604

Central Research Inc
Po Box 1460
Lowell, AR 72745

Chase
PO Box 182051
Columbus, OH 43218

Check City
PO Box 35227
Las Vegas, NV 89133

Check Systems, Inc.
Attn: Consumer Relations
Po Box 583399
Minneapolis, MN 55458

Clark County Business Licenses
Acct No 2000175-205
500 S. Grand Central PKWY 3rd Fl
Box 551810
Las Vegas, NV 89155

Clark County Collection Service
Acct No 4894374
8860 West Sunset Road
Suite 100
Las Vegas, NV 89148

Clinical Pathology Laboratories
Acct No V9400694
PO Box 141669
Austin, TX 78714

Comenity bank
Box 182272
Columbus, OH 43218
```

Consumer Impact Recovery
4955 Stout Dr. San Antonio, TX 78219
San Antonio, TX 78219

Credence Resource Management LLC
PO Box 2420
Southgate, MI 48195-4420

Credit Collection Services
Acct No 75171685
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Cross River Bank
885 Teaneck Road
Teaneck, NJ 07666

David C. Fife DDS
1975 Village Center Circle #110
Las Vegas, NV 89134

Dept of Ed/Navient
Po Box 9635
Wilkes Barre, PA 18773

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Desert Parkway Behavioral Healthcare
Acct No 2004439ALV
3247 S. Maryland Parkway
Las Vegas, NV 89109

Desert Parkway Behavioral Healthcare
Acct No 2004439ALV
3247 S. Maryland Parkway
Las Vegas, NV 89109

Dignity Healt, St Rose Dominican Siena
Acct No 6679908
PO Box 57125
Los Angeles, CA 90074

Enhanced Recovery Company
Acct No 2315324
PO Box 57547
Jacksonville, FL 32241

Exeter Finance
Acct No 6806818431520
PO Box 166008
Irving, TX 75016

Exeter Finance LLC
Acct No 68068184315201001
Attn: Bankruptcy
Po Box 166008
Irving, TX 75016

Faber and Brand, LLC
Acct No 23LVTC029946
PO Box 10110
Columbia, MO 65205-4000

Faber and Brand, LLC
Acct No A-18-780134-F
PO Box 10110
Columbia, MO 65205-4000

First Calif Mtg Co
1 Corporate dr #360
Lake Zurich, IL 60047

First Calif Mtg Co/dov
Acct No 3101453113084
1 Corporate Dr
Lake Zurich, IL 60047

Flagship Credit Acceptance
Acct No 63063132973371001
Attn: Bankruptcy
Po Box 965
Chadds Ford, PA 19317

Freedom Mortgage Corporation
Acct No 54559182
Attn: Bankruptcy
907 Pleasant Valley Ave, Ste 3
Mt Laurel, NJ 08054

Garndens Cosmetic & Family Dentistry
Acct No GO0043
Touraj Habashi, DDS
3575 S. Town Center Dr #120
Las Vegas, NV 89135

Global Trust Management
Acct No 100260233
4805 W. Larel St., Suite 300
Tampa, FL 33607

Henderson Constable
Acct No 4894374
243 Water St
Henderson, NV 89015

```
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

IRS
PO BOX 7346
Philadelphia, PA 19101

IRS
PO BOX 7346
Philadelphia, PA 19101

LARRY CALEMINE
9831 BERKLEY BROOK COURT
Las Vegas, NV 89141

Las Vegas Justice Court
Acct No C02508567
840 S. Rancho Dr #4-777
Las Vegas, NV 89106

Lending Club
PO Box 39000
San Francisco, CA 94139

Michael Aisen, Esq.
c/o Aisen, Gill & Associates, LLP.
8860 W Sunset Rd Suite 101
Las Vegas, NV 89148

Michael Aisen, Esq.
Acct No 22C002862
c/o Aisen, Gill & Associates, LLP.
8860 W Sunset Rd Suite 101-1
Las Vegas, NV 89148

Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019

National Enterprise Systems
Acct No 006626691
2479 Edison Blvd. Unit A
Twinsburg, OH 44087

Navient
Acct No 91857014911E01020110422
Attn: Bankruptcy
Po Box 9500
Wilkes Barre, PA 18773
```

```
Navient
Acct No 91857014911E01120110
Attn: Bankruptcy
Po Box 9500
Wilkes Barre, PA 18773

Nevada Dept. of Taxations, Bankruptcy
555 E Washington Ave, #1300
Las Vegas, NV 89101

Nevada Heart and Vascular
Acct No 485653
PO Box 98813
Las Vegas, NV 89193

Oliphant Usa
Acct No 55989894
Attn: Bankruptcy
1800 2nd St, Ste 603
Sarasota, FL 34236

Pecos Advanced paid Management Center
Acct No 59610
Po Box 30516
Dept 9102
Lansing, MI 48909

Plus Four
Acct No 6675829
6345 S. Pecos Rd. Ste. 212
Las Vegas, NV 89120

Portfolio Recovery Associates, LLC
Acct No SYNCH43631017348929
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Pulmonary Associates Inc
Acct No GOLJUS0001
6960 Smoke Ranch Road Suite 150
Las Vegas, NV 89128

Quantum Collections
3080 S Durango Dr #105
Las Vegas, NV 89117

Radius Global Solutions
Acct No 33940634
PO BOX 390915
Minneapolis, MN 55439
```

```
Redrock Medical Center
Acct No 419985
Dept 6210
Los Angeles, CA 90084

Richland Holdings
DBA Acctcorp of Southern Nevada
4955 S. Durango Dr. Ste 177
Las Vegas, NV 89113

Robert B McBeath MD PC
Acct No 26857650
PO Box 206005
Dallas, TX 75320

RoundPoint Mortgage Servicing Corporatio
Acct No 5962001703269
Attn: Bankruptcy
Po Box 19409
Charlotte, NC 28219

Santander Consumer USA, Inc
Acct No 30000239334661000
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161

Sean Ambrose, Esq.
Acct No 19C024917
PO Box 25145
Santa Ana, CA 92799

Shadow Emergency Physicians
PO Box 13917
Philadelphia, PA 19101

Sirius XM
PO Box 60503
City of Industry, CA 91716-0503

Southwest Gas
Acct No 910000933968
PO Box 98890
Las Vegas, NV 89193-8890

Spring Valley Hospital Medical Center
Acct No 911580009
PO Box 31001-0827
Pasadena, CA 91110-0827

St Rose Dominican, Siena Campus
Acct No 66799008
3001 Saint Rose Parkway
Henderson, NV 89052
```

```
Summit Receivables
Acct No 100260233
1291 Galleria Drive #170
Henderson, NV 89014

Synchrony Bank/Banana Republic
Acct No 601859050432
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Gap
Acct No 601859520636
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony/Ashley Furniture Homestore
Acct No 6019193604120724
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

TBF Financial LLC
870 Sheridan Rd\
Highwood, IL 60040

TD Auto Finance
Acct No 7002817240
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333

The Moore Law Group
Acct No 19C024917
823 Las Vegas Blvd. S #260
Las Vegas, NV 89101

Total Wellness Family Medicine
Acct No 2325
10300 W. Charleston Blvd #13 PMB51
Las Vegas, NV 89135

Toyota Financial Services
Acct No 30682CD020
Attn: Bankruptcy
Po Box 259001
Plano, TX 75025

Transworld Systems Inc
Acct No 26292524
Attn: Bankruptcy
Po Box 15130
Wilmington, DE 19850
```

```
United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Upstart
Acct No L2584363
Attn: Bankruptcy
Po Box 1503
San Carlos, CA 94070

US Bank
Acct No 8361
PO Box 108
Saint Louis, MO 63166

US Department of Education
National Payment Center
PO Box 105028
Atlanta, GA 30348-5028

Vituity NV Koury Ptnrs
Acct No 86375253/66799008
PO Box 45390
San Francisco, CA 94145

Volkswagen Credit, Inc
Acct No 879035129
Attn: Bankruptcy
Po Box 3
Hillsboro, OR 97123

Wf/Preferred
Acct No 5774421714129203
Attn: Bankruptcy
Po Box 51193
Los Angeles, CA 90051
```