United States Bankruptcy Court
District of Nevada

In re:  
JUSTIN ARI GOLDSTEIN  
    Debtor

Case No. 24-10169-mkn  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0978-2      User: admin      Page 1 of 5  
Date Rcvd: Jan 17, 2024      Form ID: 309A      Total Noticed: 90

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JUSTIN ARI GOLDSTEIN, 9831 BERKLEY BROOK COURT, LAS VEGAS, NV 89141-8915 |
| 12176529 | + | American Web Loan, Acct No 100260233, 2128 N. 14th St. Suite 1 #130, Ponca City, OK 74601-1831 |
| 12176531 | + | Behavioral Health Institute In PT, Po Box 530815, Henderson, NV 89053-0815 |
| 12176539 | + | Check Systems, Inc., Attn: Consumer Relations, Po Box 583399, Minneapolis, MN 55458-3399 |
| 12176540 | + | Clark County Business Licenses, Acct No 2000175-205, 500 S. Grand Central PKWY 3rd Fl, Box 551810, Las Vegas, NV 89155-4502 |
| 12176544 | + | Consumer Impact Recovery, 4955 Stout Dr. San Antonio, TX 78219, San Antonio, TX 78219-4333 |
| 12176548 | + | David C. Fife DDS, 1975 Village Center Circle #110, Las Vegas, NV 89134-6257 |
| 12176551 | + | Desert Parkway Behavioral Healthcare, Acct No 2004439ALV, 3247 S. Maryland Parkway, Las Vegas, NV 89109-2412 |
| 12176553 | + | Dignity Healt, St Rose Dominican Siena, Acct No 6679908, PO Box 57125, Los Angeles, CA 90074-7125 |
| 12176563 | + | Garndens Cosmetic & Family Dentistry, Acct No GO0043, Touraj Habashi, DDS, 3575 S. Town Center Dr #120, Las Vegas, NV 89135-3046 |
| 12176565 | + | Henderson Constable, Acct No 4894374, 243 Water St, Henderson, NV 89015-7226 |
| 12176569 | + | LARRY CALEMINE, 9831 BERKLEY BROOK COURT, Las Vegas, NV 89141-8915 |
| 12176570 | + | Las Vegas Justice Court, Acct No C02508567, 840 S. Rancho Dr #4-777, Las Vegas, NV 89106-3837 |
| 12176573 | + | Michael Aisen, Esq., Acct No 22C002862, c/o Aisen, Gill & Associates, LLP., 8860 W Sunset Rd Suite 101-1, Las Vegas, NV 89148-4898 |
| 12176572 | + | Michael Aisen, Esq., c/o Aisen, Gill & Associates, LLP., 8860 W Sunset Rd Suite 101, Las Vegas, NV 89148-4899 |
| 12176579 | + | Nevada Heart and Vascular, Acct No 485653, PO Box 98813, Las Vegas, NV 89193-8813 |
| 12176580 | ++ | OLIPHANT USA LLC, ATTN OLIPHANT FINANCIAL LLC, 1800 2ND ST SUITE 603, SARASOTA FL 34236-5990 address filed with court:, Oliphant Usa, Acct No 55989894, Attn: Bankruptcy, 1800 2nd St, Ste 603, Sarasota, FL 34236 |
| 12176581 | + | Pecos Advanced paid Management Center, Acct No 59610, Po Box 30516, Dept 9102, Lansing, MI 48909-8016 |
| 12176584 | + | Pulmonary Associates Inc, Acct No GOLJUS0001, 6960 Smoke Ranch Road Suite 150, Las Vegas, NV 89128-3204 |
| 12176585 | + | Quantum Collections, 3080 S Durango Dr #105, Las Vegas, NV 89117-4411 |
| 12176587 | + | Redrock Medical Center, Acct No 419985, Dept 6210, Los Angeles, CA 90084-0001 |
| 12176589 | + | Robert B McBeath MD PC, Acct No 26857650, PO Box 206005, Dallas, TX 75320-6005 |
| 12176592 | + | Sean Ambrose, Esq., Acct No 19C024917, PO Box 25145, Santa Ana, CA 92799-5145 |
| 12176593 | + | Shadow Emergency Physicians, PO Box 13917, Philadelphia, PA 19101-3917 |
| 12176594 | | Sirius XM, PO Box 60503, City of Industry, CA 91716-0503 |
| 12176595 | | Southwest Gas, Acct No 910000933968, PO Box 98890, Las Vegas, NV 89193-8890 |
| 12176596 | | Spring Valley Hospital Medical Center, Acct No 911580009, PO Box 31001-0827, Pasadena, CA 91110-0827 |
| 12176597 | + | St Rose Dominican, Siena Campus, Acct No 66799008, 3001 Saint Rose Parkway, Henderson, NV 89052-3839 |
| 12176598 | + | Summit Receivables, Acct No 100260233, 1291 Galleria Drive #170, Henderson, NV 89014-8635 |
| 12176604 | #+ | The Moore Law Group, Acct No 19C024917, 823 Las Vegas Blvd. S #260, Las Vegas, NV 89101-6714 |
| 12176605 | + | Total Wellness Family Medicine, Acct No 2325, 10300 W. Charleston Blvd #13 PMB51, Las Vegas, NV 89135-5008 |
| 12176612 | + | Vituity NV Koury Ptnrs, Acct No 86375253/66799008, PO Box 45390, San Francisco, CA 94145-0390 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

District/off: 0978-2 User: admin Page 2 of 5
Date Rcvd: Jan 17, 2024 Form ID: 309A Total Noticed: 90

| | | | | |
|---|---|---|---|---|
| aty | | Email/Text: help@bkvegas.com | Jan 18 2024 00:19:00 | SETH D BALLSTAEDT, BALLSTAEDT LAW FIRM, LLC DBA FAIR FEE LE, 8751 W CHARLESTON BLVD SUITE 230, LAS VEGAS, NV 89117 |
| tr | | EDI: BTFOX | Jan 18 2024 05:22:00 | TROY S. FOX, FOX, IMES AND CROSBY, LLC, 601 S. 10TH ST., SUITE 202, LAS VEGAS, NV 89101 |
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Jan 18 2024 00:19:00 | U.S. TRUSTEE - LV - 7, 300 LAS VEGAS BOULEVARD, SO., SUITE 4300, LAS VEGAS, NV 89101-5803 |
| 12176524 | + | Email/Text: amp@acsnlv.com | Jan 18 2024 00:20:00 | Acctcorp Of Southern Nevada, 4955 S Durango Ste #177, Las Vegas, NV 89113-0155 |
| 12176525 | + | Email/Text: bncnotifications@pheaa.org | Jan 18 2024 00:19:00 | American Education Service, Acct No 6297657798PA00001, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 12176527 | + | Email/PDF: bncnotices@becket-lee.com | Jan 18 2024 00:34:41 | American Express, Acct No 3499920065931623, P.O. Box 650448, Dallas, TX 75265-0448 |
| 12176526 | + | Email/PDF: bncnotices@becket-lee.com | Jan 18 2024 00:34:41 | American Express, Acct No 3499912065220393, P.O. Box 650448, Dallas, TX 75265-0448 |
| 12176530 | + | Email/Text: ebn@americollect.com | Jan 18 2024 00:19:00 | Americollect, Acct No 23256972, PO Box 1505, Manitowoc, WI 54221-1505 |
| 12176547 | | Email/Text: jcarlick@crossriver.com | Jan 18 2024 00:19:00 | Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666 |
| 12176533 | + | EDI: CAPITALONE.COM | Jan 18 2024 05:22:00 | Capital One, Acct No 486236715602, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12176532 | + | EDI: CAPITALONE.COM | Jan 18 2024 05:22:00 | Capital One, Acct No 5178059882374466, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12176534 | + | EDI: CAPITALONE.COM | Jan 18 2024 05:22:00 | Capital One, Acct No 522944, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12176535 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jan 18 2024 00:19:00 | Cashnetusa, Acct No 25887821, 175 West Jackson, Suite 1000, Chicago, IL 60604-2863 |
| 12176538 | + | Email/Text: bk@checkcity.com | Jan 18 2024 00:20:00 | Check City, PO Box 35227, Las Vegas, NV 89133-5227 |
| 12176541 | ^ | MEBN | Jan 18 2024 00:18:32 | Clark County Collection Service, Acct No 4894374, 8860 West Sunset Road, Suite 100, Las Vegas, NV 89148-4899 |
| 12176542 | + | Email/Text: CPLBilling@cpllabs.com | Jan 18 2024 00:19:00 | Clinical Pathology Laboratories, Acct No V9400694, PO Box 141669, Austin, TX 78714-1669 |
| 12176543 | + | EDI: WFNNB.COM | Jan 18 2024 05:22:00 | Comenity bank, Box 182272, Columbus, OH 43218-2272 |
| 12176545 | | Email/Text: bankruptcy@credencerm.com | Jan 18 2024 00:20:00 | Credence Resource Management LLC, PO Box 2420, Southgate, MI 48195-4420 |
| 12176546 | + | EDI: CCS.COM | Jan 18 2024 05:22:00 | Credit Collection Services, Acct No 75171685, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2609 |
| 12176560 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 18 2024 00:19:00 | First Calif Mtg Co/dov, Acct No 3101453113084, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 12176549 | + | EDI: MAXMSAIDV | Jan 18 2024 05:22:00 | Dept of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 12176550 | ^ | MEBN | Jan 18 2024 00:18:44 | Dept. of Employment, Training & Rehab, Employment Security Division, 500 East Third |

Case 24-10169-mkn    Doc 11    Entered 01/19/24 21:41:04    Page 3 of 7

| District/off: 0978-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 17, 2024 | Form ID: 309A | Total Noticed: 90 |

| | | | | |
|---|---|---|---|---|
| | | | | Street, Carson City, NV 89713-0002 |
| 12176554 | + | Email/Text: bknotice@ercbpo.com | Jan 18 2024 00:19:00 | Enhanced Recovery Company, Acct No 2315324, PO Box 57547, Jacksonville, FL 32241-7547 |
| 12176555 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jan 18 2024 00:34:39 | Exeter Finance, Acct No 6806818431520, PO Box 166008, Irving, TX 75016-6008 |
| 12176556 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jan 18 2024 00:34:50 | Exeter Finance LLC, Acct No 68068184315201001, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 12176558 | | Email/Text: Faber@ebn.phinsolutions.com | Jan 18 2024 00:19:00 | Faber and Brand, LLC, Acct No A-18-780134-F, PO Box 10110, Columbia, MO 65205-4000 |
| 12176557 | | Email/Text: Faber@ebn.phinsolutions.com | Jan 18 2024 00:19:00 | Faber and Brand, LLC, Acct No 23LVTC029946, PO Box 10110, Columbia, MO 65205-4000 |
| 12176559 | + | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 18 2024 00:19:00 | First Calif Mtg Co, 1 Corporate dr #360, Lake Zurich, IL 60047-8945 |
| 12176561 | + | Email/Text: bankruptcy@flagshipcredit.com | Jan 18 2024 00:19:00 | Flagship Credit Acceptance, Acct No 63063132973371001, Attn: Bankruptcy, Po Box 965, Chadds Ford, PA 19317-0643 |
| 12176562 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 18 2024 00:19:00 | Freedom Mortgage Corporation, Acct No 54559182, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 12176564 | | Email/Text: clientservices@gtmcorporation.com | Jan 18 2024 00:19:00 | Global Trust Management, Acct No 100260233, 4805 W. Larel St., Suite 300, Tampa, FL 33607 |
| 12176567 | + | EDI: IRS.COM | Jan 18 2024 05:22:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 12176537 | | EDI: JPMORGANCHASE | Jan 18 2024 05:22:00 | Chase, PO Box 182051, Columbus, OH 43218 |
| 12176571 | + | EDI: LENDNGCLUB | Jan 18 2024 05:22:00 | Lending Club, PO Box 39000, San Francisco, CA 94139-0001 |
| 12176574 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 18 2024 00:19:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 12176575 | ^ | MEBN | Jan 18 2024 00:19:14 | National Enterprise Systems, Acct No 006626691, 2479 Edison Blvd. Unit A, Twinsburg, OH 44087-2476 |
| 12176576 | + | EDI: NAVIENTFKASMSERV.COM | Jan 18 2024 05:22:00 | Navient, Acct No 91857014911E01020110422, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 12176577 | + | EDI: NAVIENTFKASMSERV.COM | Jan 18 2024 05:22:00 | Navient, Acct No 91857014911E01120110, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 12176578 | + | Email/Text: tax-bankruptcy@tax.state.nv.us | Jan 18 2024 00:20:00 | Nevada Dept. of Taxations, Bankruptcy, 555 E Washington Ave, #1300, Las Vegas, NV 89101-1046 |
| 12176580 | | Email/Text: bankruptcy@oliphantfinancial.com | Jan 18 2024 00:19:00 | Oliphant Usa, Acct No 55989894, Attn: Bankruptcy, 1800 2nd St, Ste 603, Sarasota, FL 34236 |
| 12176583 | | EDI: PRA.COM | Jan 18 2024 05:22:00 | Portfolio Recovery Associates, LLC, Acct No SYNCH43631017348929, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 12176582 | + | Email/Text: bkclerk@plusfourinc.com | Jan 18 2024 00:20:00 | Plus Four, Acct No 6675829, 6345 S. Pecos Rd. Ste. 212, Las Vegas, NV 89120-6224 |
| 12176586 | + | Email/Text: ngisupport@radiusgs.com | Jan 18 2024 00:19:00 | Radius Global Solutions, Acct No 33940634, PO BOX 390915, Minneapolis, MN 55439-0911 |
| 12176588 | + | Email/Text: amp@acsnlv.com | Jan 18 2024 00:20:00 | Richland Holdings, DBA Acctcorp of Southern Nevada, 4955 S. Durango Dr. Ste 177, Las Vegas, NV 89113-0155 |
| 12176590 | ^ | MEBN | | |

District/off: 0978-2 User: admin Page 4 of 5
Date Rcvd: Jan 17, 2024 Form ID: 309A Total Noticed: 90

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 18 2024 00:18:28 | RoundPoint Mortgage Servicing Corporatio, Acct No 5962001703269, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 12176591 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 18 2024 00:19:00 | Santander Consumer USA, Inc, Acct No 300000239334661000, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 12176599 | + | EDI: SYNC | Jan 18 2024 05:22:00 | Synchrony Bank/Banana Republic, Acct No 601859050432, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 12176600 | + | EDI: SYNC | Jan 18 2024 05:22:00 | Synchrony Bank/Gap, Acct No 601859520636, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 12176601 | + | EDI: SYNC | Jan 18 2024 05:22:00 | Synchrony/Ashley Furniture Homestore, Acct No 6019193604120724, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 12176602 | + | Email/Text: JWAGNER@TBFGROUP.COM | Jan 18 2024 00:19:00 | TBF Financial LLC, 870 Sheridan Rd/, Highwood, IL 60040-1003 |
| 12176603 | + | EDI: LCITDAUTO | Jan 18 2024 05:22:00 | TD Auto Finance, Acct No 7002817240, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 12176606 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 18 2024 00:19:00 | Toyota Financial Services, Acct No 30682CD020, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 12176607 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 18 2024 00:20:00 | Transworld Systems Inc, Acct No 26292524, Attn: Bankruptcy, Po Box 15130, Wilmington, DE 19850-5130 |
| 12176610 | | EDI: USBANKARS.COM | Jan 18 2024 05:22:00 | US Bank, Acct No 8361, PO Box 108, Saint Louis, MO 63166 |
| 12176611 | | Email/Text: edbknotices@ecmc.org | Jan 18 2024 00:19:00 | US Department of Education, National Payment Center, PO Box 105028, Atlanta, GA 30348-5028 |
| 12176608 | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Jan 18 2024 00:19:00 | United States Trustee, 300 Las Vegas Blvd. South #4300, Las Vegas, NV 89101-5803 |
| 12176609 | + | EDI: LCIUPSTART | Jan 18 2024 05:22:00 | Upstart, Acct No L2584363, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 12176613 | + | Email/Text: vci.bkcy@vwcredit.com | Jan 18 2024 00:19:00 | Volkswagen Credit, Inc, Acct No 879035129, Attn: Bankruptcy, Po Box 3, Hillsboro, OR 97123-0003 |
| 12176614 | + | EDI: WFFC2 | Jan 18 2024 05:22:00 | Wf/Preferred, Acct No 5774421714129203, Attn: Bankruptcy, Po Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 59

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12176552 | *+ | Desert Parkway Behavioral Healthcare, Acct No 2004439ALV, 3247 S. Maryland Parkway, Las Vegas, NV 89109-2412 |
| 12176568 | *+ | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 12176566 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 12176528 | ##+ | American Medical Response, 50 South Main Street, Suite 101, Akron, OH 44308-1829 |
| 12176536 | ##+ | Central Research Inc, Po Box 1460, Lowell, AR 72745-1460 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

District/off: 0978-2          User: admin          Page 5 of 5
Date Rcvd: Jan 17, 2024       Form ID: 309A        Total Noticed: 90

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2024            Signature:     /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | JUSTIN ARI GOLDSTEIN<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–5209<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | District of Nevada | Date case filed for chapter: 7   1/16/24 |
| Case number: | 24–10169–mkn | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | JUSTIN ARI GOLDSTEIN | |
| 2. | All other names used in the last 8 years | aka JUSTIN GOLDSTEIN | |
| 3. | Address | 9831 BERKLEY BROOK COURT<br>LAS VEGAS, NV 89141 | |
| 4. | Debtor's attorney<br>Name and address | SETH D BALLSTAEDT<br>BALLSTAEDT LAW FIRM, LLC DBA FAIR FEE LEGAL SERVICES<br>8751 W CHARLESTON BLVD SUITE 230<br>LAS VEGAS, NV 89117 | Contact phone 702–715–0000<br>Email: help@bkvegas.com |
| 5. | Bankruptcy trustee<br>Name and address | TROY S. FOX<br>FOX, IMES AND CROSBY, LLC<br>601 S. 10TH ST.<br>SUITE 202<br>LAS VEGAS, NV 89101 | Contact phone 702–382–1007 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor  **JUSTIN ARI GOLDSTEIN**                                                                  Case number **24–10169–mkn**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Las Vegas Blvd., South  Las Vegas, NV 89101 | Office Hours: 9:00 AM – 4:00 PM  Contact phone: (702) 527–7000  Date: 1/16/24 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 14, 2024 at 02:30 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **_BY VIDEOCONFERENCE_**  Trustee: TROY S. FOX  Zoom URL: https://zoom.us/j/8682592729  Passcode: Fox341; Zoom Meeting ID: 868–259–2729 |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/15/24** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the _conclusion_ of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                  page **2**