_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 15, 2024
_____

Ballstaedt Law Firm, LLC d/b/a Fair Fee Legal Services
Seth D. Ballstaedt, Esq. Bar # 11516
8751 W Charleston Blvd #230
Las Vegas, NV 89117
(702) 715-0000
help@bkvegas.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

JUSTIN ARI GOLDSTEIN

Debtor

Case No. 24-10169-mkn
Trustee: T. Fox
Chapter: 7

Hearing Date: March 13, 2024
Hearing Time: 2:30 PM

## ORDER FOR MOTION TO EXTEND DEADLINE FOR FILING STATEMENTS AND SCHEDULES

**THIS MATTER** having come before the Court for a hearing on March 13, 2024 at 2:30 PM attorney for Debtor appearing on behalf of Debtor, proper notice having been given and no opposition being made to the Motion for an Order Extending the Deadline for the Filing of Schedules and Statements

**IT HEREBY ORDERED** that Debtor's deadline for filing of schedules and statements is hereby extended to: 2/14/2024

**IT IS SO ORDERED.**

Submitted by:

/s/ Seth D Ballstaedt, Esq.
Seth D Ballstaedt, Esq.
*Attorney for Debtor(s)*

ALTERNATIVE METHOD re: RULE 9021:
In accordance with LR 9021, counsel submitting this document certifies that the order accurately
reflects the court's ruling and that (check one):

\_\_\_ The court has waived the requirement of approval under LR 9021(b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

\_\_\_ I have delivered a copy of this processed order to all counsel who appeared at the hearing, and each has approved the order, or failed to respond, as indicated below:

Party                           Approved              Disapproved              Failed to Respond


\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.